**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30372 |
| Plaintiff - Appellee, | D.C. No. 4:05-cr-00117-SEH |
| v. | |
| JACOB ALLEN WHITE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted October 25, 2011[**]

Before:    TROTT, GOULD, and RAWLINSON, Circuit Judges.

Jacob Allen White appeals from the 10-month sentence imposed following

the revocation of supervised release.  We have jurisdiction under 28 U.S.C. § 1291,

and we affirm.

White contends that the sentence imposed is unreasonable because the

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

district court placed undue emphasis on the need for punishment, to the exclusion of more salient factors. The record reflects that the district court considered and properly applied the relevant factors before imposing a sentence within the advisory Guidelines range. The sentence is substantively reasonable under the totality of the circumstances and in light of the sentencing factors set forth in 18 U.S.C. §§ 3553(a) and 3583(e). *See United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc); *see also United States v. Miqbel*, 444 F.3d 1173, 1182 (9th Cir. 2006).

**AFFIRMED.**